# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOHN W. HARRIS**,

      Plaintiff,

v.                           CASE NUMBER: 6:13-cv-1491 (TJM/ATB)

**KENNETH F. CASE, et al**,

      Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Magistrate Judge Baxter's Report-Recommendation (dkt. no. 6) is accepted and adopted in its entirety. Accordingly, Plaintiff's action is **DISMISSED IN ITS ENTIRETY** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) based on absolute immunity, for failure to state a claim upon which relief can be granted, and as frivolous.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 20th day of May, 2014.

DATED: May 21, 2014

*[signature]*
Clerk of Court

By: s/ Nicole Killius
     Deputy Clerk